**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES,** | |
| **Complainant,** | Case No. **24-cr-00443**-BAH |
| v. | |
| **FRANK DAHLQUIST,** | |
| **Defendant.** | |

## DAHLQUIST COUNSEL REQUEST TO POSTONE
## JANUARY 17, 2025 PRE-TRIAL HEARING

An unexpected health issue has arisen and undersigned counsel must to request a brief postponement of tomorrow's hearing.

Since Sunday, I have been battling the flu, and my condition has steadily worsened. Last night, I experienced a fever of 102.9°F, which only slightly reduced to 101.3°F by early this morning. Despite my efforts to recover, I continue to struggle with a severe headache and difficulty focusing, which makes it highly unlikely that I can function effectively tomorrow, even in a virtual capacity. I have a hard time not laying flat.

I consulted with my physician, who strongly advised against traveling to Washington, D.C., or attending any meetings at this time. I deeply regret the inconvenience this may cause, as this is the first time in my 34 years of practice that I have had to request a postponement due to health reasons and this notice does not come soon enough to prevent Mr. Dahlquist from

making the unnecessary trip.



Given the circumstances, I kindly request that we reschedule an in-person meeting next

week, prior to the trial date, to ensure that all preparations can proceed smoothly.

Thank you for your understanding and consideration. I apologize for any disruption this may cause and remain committed to resuming my responsibilities as soon as my health permits.

January 16, 2025

**RESPECTFULLY SUBMITED,**

*Counsel for Defendant*

/s/ Brad Geyer
Bradford L. Geyer, PHV
NJ 022751991
Suite 141 Route 130 S.  303
Cinnaminson, NJ 08077
Brad@FormerFedsGroup.Com
(856) 607-5708

## <u>CERTIFICATE OF SERVICE</u>

        I hereby certify that on this date my law firm is filing the foregoing with the Court by its ECF record-keeping and filing system on the date stated just above, which automatically provides a copy to:

MATTHEW M. GRAVES
UNITED STATES ATTORNEY, by:

Sean Brennan
DOJ-USAO
Criminal Division - Capitol Siege Section
601 D St NW
Washington, DC 20579
202-252-7125
sean.brennan@usdoj.gov

Benet Kearney
U.S. ATTORNEY'S OFFICE
26 Federal Plaza
New York, NY 10278
212-637-2260
benet.kearney@usdoj.gov

David Perri
USAO
LRM: Weaver, Tracie
Federal Building United States Courthouse
1125 Chapline Street, Suite 3000
Wheeling, WV 26003
304-234-0100
304-234-0111 (fax)
david.perri@usdoj.gov

Karen E. Rochlin
DOJ-USAO
99 Northeast 4th Street
Miami, FL 33132
305-961-9234
karen.rochlin@usdoj.gov


        /s/ Brad Geyer
        Bradford L. Geyer, PHV