# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

**UNITED STATES,**

                **Complainant,**

v.

**FRANK DAHLQUIST,**

                **Defendant.**

Case No. **24-cr-00443**-BAH

## DAHLQUIST COUNSEL REQUEST FOR VIRTUAL PRE-TRIAL HEARING ON JANUARY 23, 2025

Counsel is able to physically make tomorrow's hearing and if so ordered will of course be there with Defendant Dahlquist, but his health is not yet restored.

With Saturday came the confirmation of Type A flu and he has not left his home. He is out of bed for between 4 – 6 hours per day. His last fever (low grade) was on Tuesday morning at 2:30 a.m. and it has not returned. He is happy to report losing 8 lbs. He does not believe he is transmissive. It's not clear what part of the sickness is affecting energy levels and undermining a state of well-being, but its undeniable.

He has not yet consulted with a physician because he expects his health to fully restore. That being said, undersigned counsel requests a virtual hearing to avoid what will be a 12-14 hour day. Undersigned counsel recognizes there are many reasons why a court requires physical appearance that override any concerns referenced above and he reaffirms that he is

able and more that willing to attend as required.

For the Honorable Court's information Defendant Dahlquist is booked on a flight that requires him to leave his home in three hours so this motion does not need to be considered after 2 p.m. est.

    January 22, 2025                              **RESPECTFULLY SUBMITED,**

                                                             *Counsel for Defendant*

                                                             /s/ Brad Geyer
                                                            Bradford L. Geyer, PHV
                                                            NJ 022751991
                                                            Suite 141 Route 130 S.  303
                                                            Cinnaminson, NJ 08077
                                                            Brad@FormerFedsGroup.Com
                                                            (856) 607-5708

## CERTIFICATE OF SERVICE

I hereby certify that on this date my law firm is filing the foregoing with the Court by its ECF record-keeping and filing system on the date stated just above, which automatically provides a copy to:

> MATTHEW M. GRAVES
> UNITED STATES ATTORNEY, by:
>
> Sean Brennan
> DOJ-USAO
> Criminal Division - Capitol Siege Section
> 601 D St NW
> Washington, DC 20579
> 202-252-7125
> sean.brennan@usdoj.gov
>
> Benet Kearney
> U.S. ATTORNEY'S OFFICE
> 26 Federal Plaza
> New York, NY 10278
> 212-637-2260
> benet.kearney@usdoj.gov
>
> David Perri
> USAO
> LRM: Weaver, Tracie
> Federal Building United States Courthouse
> 1125 Chapline Street, Suite 3000
> Wheeling, WV 26003
> 304-234-0100
> 304-234-0111 (fax)
> david.perri@usdoj.gov
>
> Karen E. Rochlin
> DOJ-USAO
> 99 Northeast 4th Street
> Miami, FL 33132
> 305-961-9234
> karen.rochlin@usdoj.gov

/s/ Brad Geyer
Bradford L. Geyer, PHV